UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BARCENAS,<br><br>        Defendant. | Case No. 18-cr-00406-VC-1<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 27 |

The motion for compassionate release is denied because of the likelihood that the defendant remains a danger to the community.

**IT IS SO ORDERED.**

Dated: September 11, 2020

VINCE CHHABRIA
United States District Judge