UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
OLIVER BARCENAS,
Defendant.

Case No. 18-cr-00406-VC-1 (TSH)

**RELEASE ORDER**

The Court **ORDERS** the United States Marshal to release Defendant Oliver Barcenas. All of the Defendant's existing conditions of supervised release remain in effect.

**IT IS SO ORDERED.**

Dated: August 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California